Daniel R Desmond
266 N Hobson Street
Mesa, AZ 85203
602-570-5883



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Daniel R Desmond,  Plaintiff,  v.  GoDaddy,  Defendant. | CASE NUMBER: CV-16-04510-PHX-JZB  **COMPLAINT** |
|---|---|
|  |  |

## Jurisdiction

1. The Court has jurisdiction over this action under 28 U.S.C. § 1331. This employment discrimination lawsuit is based on:

American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et. seq., for employment discrimination on the basis of disability.

2. The plaintiff is a resident of Mesa, Maricopa County, Arizona and a citizen of the United States. The defendant, GoDaddy, is a resident of Scottsdale, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

3.  The conduct complained of in this lawsuit involved the following: Termination of my employment. Failure to accommodate my disability. Retaliation.

4.  The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:   Disability.

5.  The reason(s) above is referred to in the charge of discrimination.  The discriminatory conduct occurred at: 2299 W Obispo Ave , Gilbert, AZ 85233 from June 2015 to June 2016.

6.  Mr. Desmond was terminated from GoDaddy in June 2015 for violations of the company's Customer Care Standards Policy.

7.  Mr. Desmond claims these violations were not intentional but rather a result of his struggles with mental illness;  Biolar Disorder II (Biolar Depression) and Anxiety.

8.  Mr. Desmond is under the treatment of a psychiatrist and was approved by GoDaddy HR for intermittent absences to treat his condition under the Family Medical Leave Act (FMLA).

9.  Mr. Desmond's repeatedly asked his SUPERVISOR for help with an accommodation to transfer to an open position better suited to his condition, but was continually denied.

10. GoDaddy was aware of Mr. Desmond's disability and did not engage in the interactive process or try to accommodate him, and instead terminated him.

**Demand**

11. Due to these violations and the extreme adverse affects GoDaddy's treatment of Mr. Desmond has had on his finances and health, Mr. Desmond requests the following relief:

    1) $2000.00 - Back pay for 2 weeks unpaid administrative leave prior to termination

    2) $150,000.00 - Front pay for 2 years salary

    3) $10,000.00 - 401k retirement account

    4) $5,000.00 - GoDaddy stock

    5) $1,000.00 - Attorney fee

    6) $32,000.00 Emotional damages

    TOTAL MONETARY COMPENSATION: $200,000.00

12. The Plaintiff wants a trial by jury.

## Administrative Procedures

13. I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 09/12/16.

14. I have received a Notice of Right to Sue Letter.

| | |
|---|---|
| Dated:___12/21/2016_____ | _____<br>Signature of Pro Se Plaintiff<br><br>Daniel R Desmond<br>266 N Hobson Street<br>Mesa, AZ 85203<br>602-570-5883 |

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Daniel Desmond
1385 S. Hawk Ln.
Gilbert, AZ 85296

From: Phoenix District Office
3300 North Central Ave
Suite 690
Phoenix, AZ 85012

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2016-03039 | Amy Burkholder, Supervisory Investigator | (602) 640-5019 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Elizabeth Cadle,
Acting District Director

SEP 2 3 2016
*(Date Mailed)*

Enclosures(s)

cc: (Primary) Director
Human Resources
GODADDY GROUP INC
14455 N. Hayden Rd., Suite 226
Scottsdale, AZ 85260