| Attorney or Party without Attorney:<br>Amanda Caldwell<br>Community Legal Services<br>305 South 2nd Avenue<br>Phoenix, AZ 85003<br>TELEPHONE No.: (602) 258-3434<br>Attorney for: Pro Per | Ref No. or File No.:<br>CV2015-02166 | ✓ FILED ___ LODGED<br>___ RECEIVED ___ COPY<br><br>MAR 2 2 2017<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: DANIEL DESMOND
Respondent: GODADDY, LLC

| **CERTIFICATE OF SERVICE** | HEARING DATE: | TIME: | DEPT.:<br>CPO/Farmworker Unit | CASE NUMBER:<br>CV16-04510-PHX-JZB |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the First Amended Complaint

  a. Party served       GoDaddy, LLC c/o Corporation Service Company, Statutory Agent
  b. Person Served    Josef Patawaran - Service of Process Coordinator
     Age: 23 yrs. Race: Asian  Sex: Male Eyes:  Height: 5'5"  Weight: 130 lbs. Hair: Black

Address where served: 2338 West Royal Palm Road Ste. J
                     Phoenix, AZ 85021-9339

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 3/20/2017   (2) at: 3:10 PM

Person who served papers:
NATIONWIDE LEGAL  Name: Chris Estrada
County of Maricopa, MC-7394
3150 N. 24TH STREET, D-104
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

The fee for service was: $ 95.60

Date: March 21, 2017

_____
(Chris Estrada)

AZ74824

AZ74824.CV2015-02166
**CERTIFICATE OF SERVICE**