IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel R Desmond,<br><br>   Plaintiff,<br><br>v.<br><br>GoDaddy.com,<br><br>   Defendant. | No. CV-16-04510-PHX-DLR<br><br>**ORDER** |

  This matter recently has come before the Court. The parties are advised that motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) are discouraged if the defect(s) in the complaint can be cured by way of amendment. In an effort to avoid unnecessary or multiple motions to dismiss or for leave to amend,

  **IT IS ORDERED** as follows:

  1. Before the filing of any motion to dismiss under Rule 12(b)(6), the parties must confer in good faith to determine whether the motion can be avoided. The duty to confer also applies to parties appearing pro se. Defendant shall explain to Plaintiff the reasons why Defendant believes the complaint fails to state a claim for relief. The parties shall discuss whether the deficiencies identified by Defendant can be cured through an amended complaint. If the parties agree on this point, Plaintiff shall file an appropriate amended complaint in order to avoid the filing of an unnecessary motion to dismiss.

  2. Notwithstanding Plaintiff's belief that the complaint is sufficient to state a

claim for relief, or Defendant's belief that the complaint is not curable, if Plaintiff believes that a permissible amendment can cure some or all of the purported deficiencies identified by Defendant, Plaintiff is encouraged to file an amended complaint containing all further allegations Plaintiff could make. This would avoid the need for Plaintiff to seek leave to amend should the Court determine that the motion to dismiss is well taken.

3. Any motion to dismiss under Rule 12(b)(6) must certify that the parties conferred in good faith but were unable to agree that the complaint is curable by a permissible amendment. Motions that do not contain the required certification may be stricken by the Court.

4. The parties shall endeavor not to oppose motions to amend filed prior to the Scheduling Conference or within the time set forth for amending pleadings and joining parties in the Rule 16 Scheduling Order.

5. Plaintiff is directed to become familiar with the Federal Rules of Civil Procedure and Local Rules for the District of Arizona, both of which can be found on the Court's web site at www.azd.uscourts.gov.

6. Plaintiff shall serve a copy of this Order upon Defendant and file notice of service with the Court.

The Court advises Plaintiff that the Handbook for Self-Represented Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website at http://www.azd.uscourts.gov/handbook-self-represented-litigants, under the section "for those Filing Without an Attorney."

Dated this 12th day of May, 2017.

Douglas L. Rayes
United States District Judge

- 2 -