| | |
|---|---|
| 1 | C. Christine Burns #017108 |
| 2 | David T. Barton #016848 |
| | **BURNSBARTON LLP** |
| 3 | 45 West Jefferson, 11th Floor |
| | Phoenix, AZ 85003 |
| 4 | Phone: (602) 753-4500 |
| | christine@burnsbarton.com |
| 5 | david@burnsbarton.com |
| | *Attorneys for Defendant* |

1  C. Christine Burns #017108
2  David T. Barton #016848
   **BURNSBARTON LLP**
3  45 West Jefferson, 11th Floor
   Phoenix, AZ 85003
4  Phone: (602) 753-4500
   christine@burnsbarton.com
5  david@burnsbarton.com
   *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL DESMOND, | NO. CV-16-4510-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| GODADDY.COM, L.L.C., a foreign limited liability company, | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Daniel Desmond ("Desmond" or "Plaintiff") and Defendant ("GoDaddy" or "Defendant"), have reached an agreement to settle the claims brought by Plaintiff in the above-captioned action. The parties anticipate filing a Joint Stipulation of Dismissal and Proposed Order with the Court shortly. The parties respectfully request that the Court vacate the upcoming dates for Plaintiff to respond to discovery and the deadline to engage in good faith settlement talks, presently scheduled for September 18, 2017 and October 9, 2017, respectively, and place the matter on the Court's Dismissal Calendar.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 7th day of September, 2017.

**BURNSBARTON LLP**

By  */s/* C. Christine Burns
      C. Christine Burns
      David T. Barton

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

A COPY was also mailed and emailed on this 7th day of September, 2017, to:

Daniel Desmond
P.O. Box 21463
Mesa, Arizona 85277
Cosmicd@gmail.com
*Pro per*


s/ *Betsy Hibbs*